UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO J. CASADO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>FIRST TRANSIT OF PUERTO RICO, INC., et al.,<br><br>　　　　Defendant(s). | Civil No. 17-01766 (DRD) |

## JUDGMENT

Based upon the *Joint Request for Voluntary Dismissal of the Complaint with Prejudice*, filed at Docket No. 27, on October 30, 2018, and the *Order* entered on October 31, 2018, at Docket No. 48, plaintiff Pedro J. Casado is voluntarily dismissing with prejudice the claims against defendant First Transit of Puerto Rico, Inc., et al., in the instant case, pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure.

In view of the above, and there being no pending claims, this case is now dismissed with prejudice as to defendant First Transit of Puerto Rico, Inc., et al.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 31st day of October 2018.

　　　　　　　　　　　　　　　　　　　　s/Daniel R. Domínguez
　　　　　　　　　　　　　　　　　　　　DANIEL R. DOMINGUEZ
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge